UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAMELA A. BAUGHER,<br><br>                   Plaintiff,<br><br>      v.<br><br>KADLEC HEALTH SYSTEM,<br><br>                   Defendant. | No.  CV-13-5008-EFS<br><br>**ORDER DISMISSING CASE AND CLOSING FILE** |

On February 27, 2013, Plaintiff Pamela A. Baugher filed a Motion to Dismiss, ECF No. 4, her Complaint against Defendant Kadlec Health System. Because Defendant has filed neither an answer nor summary-judgment motion, this lawsuit is dismissed. Fed. R. Civ. P. 41(a)(1)(A).

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Dismiss, **ECF No. 4**, is **GRANTED.**
2. All claims are **DISMISSED WITHOUT PREJUDICE**.
3. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide a copy to Plaintiff.

**DATED** this   1st   day of March 2013.

                                            s/ Edward F. Shea
                                              EDWARD F. SHEA
                       Senior United States District Judge